# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TEXAS
# SHERMAN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, § <br> § <br> Plaintiff, § <br> § <br> v. § <br> § CIVIL ACTION NO. 4:24-CV-00563-<br> APPROXIMATELY $499,999.00 IN § SDJ-AGD <br> FUNDS SEIZED FROM BANK OF § <br> AMERICA ACCOUNT § <br> XXXXXXX3200, SUCH ACCOUNT § <br> HELD IN THE NAME OF VALUR § <br> HOLDING LLC, § <br> § <br> Defendant. § | |

## MEMORANDUM ADOPTING THE REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

Came on for consideration the Report and Recommendation ("Report") of the United States Magistrate Judge in this action, this matter having been heretofore referred to the Magistrate Judge pursuant to 28 U.S.C. § 636. On June 20, 2025, the Magistrate Judge entered a Report, (Dkt. #9), recommending that Plaintiff the United States of America's Motion for Default Judgment, (Dkt. #7), be granted. No Party filed an objection to the Report.

Having received the Report of the Magistrate Judge and all other relevant filings, the Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and adopts the Magistrate Judge's Report as the findings and conclusions of the Court.

It is therefore **ORDERED** that Plaintiff's Motion for Default Judgment, (Dkt. #7), is **GRANTED**. It is further **ORDERED** that the $499,999.00 in funds seized

- 2 -

from Bank of America Account XXXXXXXX3200, such account held in the name of Valur Holding LLC, are to be condemned and forfeited to the United States of America for disposition according to law. It is further **ORDERED** that Plaintiff recover the expenses of maintenance and protection of the Property as required by 28 U.S.C. § 1921 as well as the costs and disbursements of this action. Any named victim may go through the remission process to pursue recovery of funds.

    **So ORDERED and SIGNED this 15th day of August, 2025.**

_____
SEAN D. JORDAN
UNITED STATES DISTRICT JUDGE