# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TEXAS
# SHERMAN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, § <br> § <br> Plaintiff, § <br> v. § <br> § <br> APPROXIMATELY $499,999.00 IN § <br> FUNDS SEIZED FROM BANK OF § <br> AMERICA ACCOUNT § <br> XXXXXXX3200, SUCH ACCOUNT § <br> HELD IN THE NAME OF VALUR § <br> HOLDING LLC, § <br> § <br> Defendant. § | CIVIL ACTION NO. 4:24-CV-00563-SDJ-AGD |

## DEFAULT JUDGMENT

Pursuant to the Court's Memorandum Adopting the Report and Recommendation of the United States Magistrate Judge, which recommended that Plaintiff the United States of America's Motion for Default Judgment, (Dkt. #7), be granted, the Court hereby grants the motion and finds that Plaintiff is entitled to default judgment on its *in rem* forfeiture claim.

It is therefore **ORDERED**, **ADJUDGED, and DECREED** that the $499,999.00 in funds seized from Bank of America Account XXXXXXX3200, such account held in the name of Valur Holding LLC., be condemned and forfeited to the United States of America for disposition according to law. It is further **ORDERED** that Plaintiff the United States of America is entitled to recover the expenses of maintenance and protection of the Property as required by 28 U.S.C. § 1921 as well

- 2 -

as the costs and disbursements of this action. Any named victim may go through the remission process to pursue recovery of funds.

It is finally **ORDERED** that all relief not specifically granted herein is **DENIED**. This is a final judgment, which disposes of all claims and causes of action.

**So ORDERED and SIGNED this 15th day of August, 2025.**

_____
SEAN D. JORDAN
UNITED STATES DISTRICT JUDGE